Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Middle Florida Tampa

Division

|  |  |
|---|---|
| Jose Clavell | ) Case No. 8:22 cv 665 TPB-SPF |
|  | ) (to be filled in by the Clerk's Office) |
| Plaintiff(s) | ) |
| (Write the full name of each plaintiff who is filing this complaint. | ) Jury Trial: (check one) ☐ Yes ☐ No |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
| Louis DeJoy USPS Postmaster General | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued.  If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed

| | |
|---|---|
| Name | Jose R Clavell Arroyo |
| Street Address | 8610 Misty Springs CT |
| City and County | Tampa, Hillsborough |
| State and Zip Code | FL, 33635 |
| Telephone Number | 813-244-8053 |
| E-mail Address | jose.clavell@gmail.com |

Page of 10

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Louis DeJoy USPS |
| Job or Title *(if known)* | Postmaster General |
| Street Address | 475 L'Enfant Plaza SW |
| City and County | Washington DC |
| State and Zip Code | Washington DC,  20260-0010 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Bersy Diaz-Agrait |
| Job or Title *(if known)* | Sales Manager Tampa District |
| Street Address | 6013 Benjamin Rd |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | FL, 33634 |
| Telephone Number | |
| E-mail Address *(if known)* | unknown |

Defendant No. 3

| | |
|---|---|
| Name | Cynthia Cordova |
| Job or Title *(if known)* | Sales |
| Street Address | 6013 Benjamin Rd |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | FL, 33634 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |

| | |
|---|---|
| Job or Title *(if known)* | Cindy Lockner Director of Sales |
| Street Address | |
| | 1000 North Alafaya Trail |
| City and County | Orlando, FL Orange County |
| State and Zip Code | 32828-9998 |
| Telephone Number | |
| E-mail Address *(if known)* | cindy.l.lockner@usps.gov |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | USPS |
| Street Address | 6013 Benjamin Rd |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | FL 33635 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑
X    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,

color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

> *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

      Retaliation

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

This is an employment-related action for violations of the Plaintiff's civil rights and other rights by his federal employer, the USPS, under Rehabilitation Act of 1973, and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"). The employer engaged in unlawful employment discrimination in violation of Rehabilitation Act of 1973 and in violation of Title VII by engaging in discriminatory and retaliatory acts against the Plaintiff based on his race, color, national origin, and sex discrimination and retaliation and with the credibility of the responsible management officials Plaintiff was unlawfully given a 7-Day Suspension, for actions that did not take place, and discriminated and retaliated against when he opposed discrimination. As a result of Clavell opposing discrimination, the USPS rescinded the 7-Day Suspension and issued a Removal.

     A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

         ☐      Failure to hire me.

         ☑ x    Termination of my employment.

         ☐      Failure to promote me.

         ☐      Failure to accommodate my disability.

         ☑ x    Unequal terms and conditions of my employment.

         ☑ x    Retaliation.

         ☐      Other acts *(specify)*:

> *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

     B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

        Between December 2013 and present

C.      I believe that defendant(s) *(check one)*:

☐ X      is/are still committing these acts against me.

☐        is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ X      race                    Puertorican

☐ X      color                   Brown

☐ X      gender/sex              Male

☐        religion                _____

☐        national origin         _____

☐        age *(year of birth)*   _____  *(only when asserting a claim of age discrimination.)*

☐        disability or perceived disability *(specify disability)*

        _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

On or around January 2014, I informed my manager Betsy Diaz-Agrait, that someone in my office grabbed my butt.   No investigation. No corrective action.

On or around February 7th, 2014, Richard Cleveland stated that my why was too white to be married to me. No investigation. No corrective action.

On or around August 2014, Cynthia Cordova and I were in Ms. Diaz's office (working on information on an email regarding Bealls account), Cynthia Cordova stated that she hated wearing the blouse she was wearing because men look at her. I Immediately informed Ms. Diaz that I did not want to ride with Ms. Cordova in the same vehicle.

On or around August 2014 Beverly Goldman,  approached me to inform me that Cynthia Cordova was complaining that she was being sexually harassed by Ken Rudaitis.  Goldman asked me to talk to him.

About two weeks later my Manager Diaz came to me and asked me to speak to Rudaitis because she heard that Cynthia Cordova was complaining about Rudaitis sexually harassing her.  Once again, I reached out to Mr. Rudaitis. This time I told him the boss is talking to me. I told him that she heard that he was sexually harassing Cynthia Cordova. He later told me he confronted her. No investigation. No corrective action.

On or around  September 9th, Ms. Diaz, Ms. Cordova, and I  traveled to Fort Myers.  during our trip Miss Cordova asked me if Rudaitis's wife was fat or skinny, pretty or ugly, and whether or not she cleaned the house. She also stated that Rudaitis had no balls because he won't divorce his wife. She also stated that she wishes she is not on her menstrual period this year when her husband comes to visit. Because last year when he came to visit she was on her menstrual period and they could not have sex. Manager Diaz was present and participated in the conversation. She knows claims she asked Cordova to stop. No investigation. No corrective action.

October 13th 14th Ms. Goldman was in Ms. Diaz's office and she was complaining about the fact that she did not want to go to the meeting in Tampa because Terence Davis was there, and she had filed a hostile work environment against him. She wanted Diaz to pay for a hotel in Orlando for her to go to a different meeting there. When she came out of the meeting, she talked to me regarding the issue and I told her that Mr. Davis has stopped talking to her except for business needs and that there is nothing that management can do to him. She wanted Mr. Davis terminated.

Later that day, she called Ms. Diaz to complain to her that I was sexually harassing her. the investigation was completed by November 5th during the investigation the conclusion was that the allegations were unfounded. However, doing the investigation Ms. Cordova claimed that I made an inappropriate comment ( no dates were provided except that it was in September. Keep in mind that on September 4, Cordova asked me out for lunch, September 9th & 10th we traveled together with Diaz and Cordova made the statements about not having sex with her husband due to her menstrual period and that Rudaitis had no balls for not divorcing his wife, and she could have been on vacation at the end of September) to her and that I will be receiving a 7 the suspension. During the original statement,(declaration shown to us) Cordova stated in writing that I never touched her except for high five and that she didn't find that to be sexual or inappropriate. I learned this in December 2014. I told Diaz that I did not make the comment he also reminded Ms. Diaz of the comments made by Cordova in the car, that Cordova was the one that grabbed my butt. Ms. Diaz's stated that if she was the one who grabbed your butt that trumps everything. She asked Cordova and Cleveland about the incident they both denied it. Ms. Diaz told me that there was nothing she could do because they denied it. When I denied the alleged incident with Goldman and Mr. Campbell testified that he never witness the incident, (on day one of the investigation). *Mr. Campbell stated that this never happened, nor has he ever gone to her office to check on her because he heard a noise.* Unlike with Cordova, management continued with the investigation against Clavell.

 When we went to mediation and I brought up the fact that Manager Diaz was aware of my allegations against Cordova prior to any allegations made against me, as Diaz witnessed some of them and I brought up to her attention the others. I also brought up the fact that I had requested that I did not want to ride with Cordova in the same vehicle and the butt grabbing incident. When I refused to sign the 7-day suspension, the USPS in retaliation conducted a new investigation.

During the new investigation, Cordova change her testimony and added it to it,  the USPS change the 7-day suspension to a removal. The investigation was opened in February 2015. When the investigation was reopened to investigate Ms. Cordova about her inappropriate behavior and comments toward me. Ms. Cordova subsequently changed her story and accused me of inappropriate behavior alleging that I grazed breast her in the car while on sales calls. Nothing could have been further from the truth.USPS questioned the same witnesses that had been questioned in the November 5, 2014, investigation. Once again, employees were asked the same questions about Mr. Clavell. Despite the fact that Ms. Diaz-Agrait admitted in her sworn testimony that Mr. Clavell had previously told her about an employee (Cynthia Cordova) grabbing his buttocks, there was no follow-up on what was intended to be the purpose of the second investigation. Instead, Cynthia Cordova completely changed her sworn statement. On October 31, 2014, she testified that:
"[O]n one occasion he asked me the size of my nipples and I asked him not to talk to me that way...Another time he described to me a sexual act between him and his wife. Again I told him I didn't want to hear about it. Both comments were made inside his office so no witnesses. I did not tell management because I put Jose on notice and gave him an opportunity to correct his behavior." (USPS Investigation Report of Nov. 5, 2014, Cordova, p. 1). All of the witnesses were asked if they ever saw Clavell touch Goldman and all responded "no". The witnesses were asked if they saw Clavell touch any other employee and they stated "no" with the exception of Cordova who said Clavell would sometimes "high 5" her. She did not consider that to be sexual or inappropriate. (USPS Investigation Report of Nov. 5, 2014, Cordova, p. 8) However, in her January 27, 2015, sworn statement she describes how in December 2013, Mr. Clavell accosted her near the photocopy machine and pressed his full body into hers and she told him to get off but he did it again. Both statements are sworn and both statements are completely different. There is but one conclusion to make - one of the statements is false. As a result, neither has any evidentiary value. However, the Agency chose to rely on the second of two unreliable statements to propose the most drastic of disciplinary actions – removal.

Memory does not get better with time. Ms. Cordova had had at least 4 opportunities to cooperate and provide truthful testimony, however, her story changes to meet her needs. My statement has stayed consistent for over 7 years, and they remain true to this day. I was the first employee who reported inappropriate behavior in the office to Manager Diaz starting in January 2014, as required by Postal Regulations. No actions were taken by management. I provided dates, locations, and witnesses including the decision-maker in this case Manager Diaz, who witness some of the incidents and I personally made her aware of the behavior by Ms. Cordova. Management decided not to rely on facts of the case, but rather discriminate on the basis of sex, race, national origin, color, and retaliation to remove me from my position.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.   **Exhaustion of Federal Administrative Remedies**

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

       2014 - 2015

B.     The Equal Employment Opportunity Commission *(check one)*:

       ☐     has not issued a Notice of Right to Sue letter.

       ☐     issued a Notice of Right to Sue letter, which I received on *(date)*       12/22/2021      .

             *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

       Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

       ☐     60 days or more have elapsed.

       ☐     less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have lost income of about $250,000, TSP earnings losses due to removing money for expenses due to the loss of income, interest paid on credit cards, mortgage interest by having to refinance, front pay, lost benefits, out-of-pocket expenses, pain and suffering, attorney fees and cost, Enjoyment of life, injunctive relief, being able to assist our daughters financially in college. punitive damages (to deter these unfair labor practices in the future). My job back. A complete analysis would have to be complete for an accurate amount.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     03/16/2022

Signature of Plaintiff

Printed Name of Plaintiff     José R. Clavell

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____